UNITED STATES OF AMERICA
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff(s),

v.                                          Case No.  2:07-cr-01

HOWARD EDWARD McKELVIE,                     HON. R. ALLAN EDGAR

      Defendant(s).
_____/

## ORDER OF DETENTION

In accordance with the detention hearing conducted before the undersigned on January 22, 2007, IT IS HEREBY ORDERED that the government's motion for detention is granted (docket #9) and defendant shall be detained pending further proceedings.

IT IS FURTHER ORDERED that the defendant shall be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate pending sentencing.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

IT IS SO ORDERED.

                                  /s/ Timothy P. Greeley
                                TIMOTHY P. GREELEY
                                UNITED STATES MAGISTRATE JUDGE

Dated:  February 6, 2007